# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



FILED
FEB 14 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

YGR

**CASE NAME:** USA v. Lance Green

**CASE NUMBER:** CR 20 074

| Field | Response |
|---|---|
| This Case Under Seal? | Yes ☐  No ✓ |
| Total Number of Defendants: | 1 ✓   2-7 ☐   8 or more ☐ |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes ☐   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ☐   OAK ✓   SJ ☐ |
| Is this a potential high-cost case? | Yes ☐   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes ☐   No ✓ |
| Is this a RICO Act gang case? | Yes ☐   No ✓ |

**Assigned AUSA (Lead Attorney):** Leah Paisner, SAUSA

**Date Submitted:** February 14, 2020

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF